UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                                                  Cr. File No. 04-378 (PAM/RLE)

                         Plaintiff,

v.                                                                                                                        **ORDER**

Lawana Jean Varajon,

                         Defendant.

---

This matter is before the Court on Defendant Lawana Jean Varajon's informal request to extend her report date. On August 16, 2005, the Court ordered Defendant to voluntarily surrender on August 30, 2005. Defendant now seeks an extension. The Court finds that an extension is inappropriate, and orders Defendant to voluntarily surrender as previously ordered by the Court.

Dated: August 30, 2005

                                                                           s/ Paul A. Magnuson
                                                                           Paul A. Magnuson
                                                                           United States District Court Judge