UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Criminal 04-378 PAM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

Lawana Jean Varajon,

       Defendant.

**ORDER AMENDING JUDGMENT**

---

**IT IS HEREBY ORDERED** that the Sentencing Judgment filed in this case on August 30, 2005, is amended as to the restitution. The court ordered the defendant to pay restitution in the amount of $1,200. The court orders this restitution be owed joint and several with Nana Lovre in Cr. 05-47 RHK. Interest requirement is waived.

All other terms, conditions and recommendations of the Sentencing Judgment remain in effect.

Date: July __13__, 2006

                              s/Paul A. Magnuson
                              PAUL A. MAGNUSON
                              United States District Court Judge