**UNITED STATES OF AMERICA**
**DISTRICT OF MINNESOTA**
Criminal 04-378 PAM

UNITED STATES OF AMERICA,

        Plaintiff,

v.     **ORDER AUTHORIZING TRANSFER OF FUTURE RESTITUTION PAYMENTS**

Lawana Jean Varajon,

        Defendant.

_____

**IT IS HEREBY ORDERED THAT** future restitution payments in the above matter received for the account of P & G Management, Inc. and Georg Gauger and Michael G. Pluhm, victims, be and hereby are assigned and transferred to Georg Gauger and Michael G. Pluhm, and the Clerk of this Court is directed to make the distribution of such future restitution payments accordingly.

Other terms, conditions, and provisions of the Judgment and Orders of this Court relating to restitution payments remain in effect and unchanged.

        **UNITED STATES DISTRICT COURT:**

Dated:  November   12  , 2008.    s/Paul A. Magnuson
        Paul A. Magnuson
        Senior United States District Court Judge